## LUKE U. MILWARD v. MYRA ARDELLE MILWARD

10 So. (2nd) 663
December 1, 1942
Rehearing Denied December 22, 1942

June Term, 1942
En Banc

16

*R. R. Saunders,* for appellant.

*Rogers, Morris & Griffis,* for appellee.

PER CURIAM:

The only question presented on this appeal is what amount should be allowed as a reasonable attorneys's fee. The record and the briefs have been examined and we are of the view that $5,000 is ample compensation for the service rendered. The cause is accordingly reversed and remanded with directions to the chancellor to enter judgment for this amount.

It is so ordered.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

TERRELL, J., not participating.